UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| ROSE GRIFFIN, | ) |
| Plaintiff, | ) ) ) ) |
| | ) 3:21-CV-100-KAC-DCP |
| v. | ) ) |
| THE COPPER CELLAR CORPORATION, | ) ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT & RECOMMENDATION

Before the Court is United States Magistrate Judge Debra C. Poplin's "Report and Recommendation" ("Report") entered on August 26, 2025 [Doc. 238]. On February 21, 2025, Plaintiff Rose Griffin filed a "Motion for Award of Prejudgment Interest on Backpay" [Doc. 212], which sought "interest on [Plaintiff's] backpay" under Federal Rule of Civil Procedure 54(d)(1) [*Id.* at 1-2]. On March 7, 2025, Defendant filed a "Response in Opposition" to Plaintiff's Motion [Doc. 213]. Defendant argued that Plaintiff's Motion should have been brought under Rule 59(e) and that even under Rule 59(e) it would fail [*Id.* at 1-2]. Plaintiff's "Reply Brief" indicated that Plaintiff intended to file a Rule 54(d) motion, not a Rule 59(e) motion, and that Plaintiff "has no desire whatsoever to alter or amend the Judgment" under Rule 59(e) [Doc. 215 at 2]. She specifically argues that "Interest on Backpay is essentially an element of costs, and is **_not_** an 'alteration of the Judgment,'" disclaiming any Rule 59(e) argument and failing to make any Rule 59(e) argument [*See id.*]. The Report recommends that the Court deny Plaintiff's "Motion for Award of Prejudgment Interest on Backpay" [Doc. 212] because it is not appropriate for the Court to award prejudgment interest as an element of costs under Rule 54(d) [*See id.* at 5]. Neither Party

has objected to the Report, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

After reviewing the record, the Court **ACCEPTS** and **ADOPTS** the Report [Doc. 212] under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2). Accordingly, the Court **DENIES** Plaintiff's "Motion for Award of Prejudgment Interest on Backpay" [Doc. 212].

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge